UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH KINNARD,<br><br>    Plaintiff,<br><br>v.<br><br>STEVE NAVARRO, et al.,<br><br>    Defendants. | Case No. 22-cv-02534-JSW<br><br>**ORDER DENYING MOTIONS**<br><br>Re: Dkt. No. 39, 40, 41 |

Now before the Court for consideration are Plaintiff's Rule 60(b) motion filed on June 30, 2023, and Rule 19 motion for joinder filed on July 10, 2023. Plaintiff's motions were filed after the notice of appeal was filed, and this Court thus lacks jurisdiction to entertain Plaintiff's motions. *Williams v. Woodford*, 384 F.3d 567, 586 (9th Cir. 2002); *see also Estrada v. Clines*, 559 F. App'x 652, 652-53 (9th Cir. 2014). Accordingly, Plaintiff's motions are DENIED for lack of jurisdiction. Defendant's motion to appoint counsel is DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: August 31, 2023

_____
JEFFREY S. WHITE
United States District Judge