UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH KINNARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEVE NAVARRO, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-02534-JSW<br><br>**ORDER DENYING MOTION TO SET ASIDE JUDGMENT**<br><br>Re: Dkt. No. 47 |

Now before the Court is the Rule 60 motion filed by Plaintiff Kenneth Kinnard ("Plaintiff"). (Dkt. No. 47.) Plaintiff's motion was filed after the notice of appeal was filed, and this Court thus lacks jurisdiction to entertain Plaintiff's motion. *Williams v. Woodford*, 384 F.3d 567, 586 (9th Cir. 2002). Accordingly, Plaintiff's motion is DENIED for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: March 21, 2024

_____
JEFFREY S. WHITE
United States District Judge