UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH KINNARD,

        Plaintiff,

   v.

STEVE NARARRO, et al.,

        Defendants.

Case No. 25-cv-06951-SK

**SUA SPONTE ORDER OF REFERRAL**

    Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Jeffrey S. White to determine whether it is related to *Kinnard v. Navarro, et al.*, Case No. 22-cv-02534-JSW.

**IT IS SO ORDERED**.

Dated: August 20, 2025

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge